UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
HASSAN KHAN,                                    :

               Movant,          :

          -against-                        :          **ORDER**

UNITED STATES OF AMERICA,            :          20-CV-945 (JSR) (KNF)
                                                                  15-CR-804-1 (JSR)

          Respondent.          :
------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      On September 2, 2020, the Court ordered that: (a) Exhibits A and B to the declaration of JaneAnne Murray, Docket Entry No. 52, are sealed; and (b) the movant file, on or before September 4, 2020, Exhibits A and B with the Clerk of Court. Docket Entry No. 60 (15-CR-804). The movant failed to comply with the Court's September 2, 2020 order.

      On September 18, 2020: (1) the movant shall file publicly the unredacted JaneAnne Murray's September 5, 2019 declaration; and (2) file **UNDER SEAL ONLY** the unredacted Exhibits A and B to JanneAnne Murray's September 5, 2019 declaration. The Clerk of Court is ordered to file documents under (1) and (2) of this order on the docket sheets for the cases assigned docket numbers 20-CV-945 and 15-CR-804-1.

Dated: New York, New York                        SO ORDERED:
       September 14, 2020

                                                                    KEVIN NATHANIEL FOX
                                                                    UNITED STATES MAGISTRATE JUDGE