UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
HASSAN KHAN,                                      :

               Movant,         :

              -against-         :          **ORDER**

UNITED STATES OF AMERICA,           :          20-CV-945 (JSR) (KNF)
                                                                                   15-CR-804-1 (JSR)

            Respondent.   :
------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      To ensure that documents are filed in both the civil and criminal actions in the future, the parties shall indicate both the civil and criminal case numbers in the caption of any document they file in connection with the motion made under 28 U.S.C. § 2255.

Dated:  New York, New York                          SO ORDERED:
        September 24, 2020

                                                                              _/s/ Kevin Nathaniel Fox_
                                                                   KEVIN NATHANIEL FOX
                                                                   UNITED STATES MAGISTRATE JUDGE