UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
HASSAN KHAN,                                          :

              Movant,       :

        -against-                                  :         **ORDER**

UNITED STATES OF AMERICA,            :         20-CV-945 (JSR) (KNF)
                                                                                     15-CR-804-1 (JSR)

             Respondent.   :
------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      On December 16, 2020, the movant made a motion "for a subpoena *duces tecum* seeking discovery in connection with his 28 U.S.C. § 2255 petition." On or before December 23, 2020, the respondent shall file its response to the motion. Any reply may be filed on or before December 31, 2020.

Dated: New York, New York                                               SO ORDERED:
       December 16, 2020

                                                                         _Kevin Nathaniel Fox_
                                                                         KEVIN NATHANIEL FOX
                                                                         UNITED STATES MAGISTRATE JUDGE