UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
HASSAN KHAN,                              :

                Movant,          :

            -against-          :          **ORDER**

UNITED STATES OF AMERICA,          :          20-CV-945 (JSR) (KNF)
                                        15-CR-804-1 (JSR)
              Respondent.     :
------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE


      The government's January 5, 2021 request, Docket Entry No. 25 (20-CV-945) and Docket

Entry No. 94 (15-CR-804-1), to respond to the movant's newly raised arguments in reply no later

than January 7, 2021, is granted.

Dated: New York, New York          SO ORDERED:
        January 6, 2021

                                *Kevin Nathaniel Fox*
                                KEVIN NATHANIEL FOX
                                UNITED STATES MAGISTRATE JUDGE