**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
UNITED STATES OF AMERICA,

                    Plaintiff,                  **ORDER**

                                          **20-CV-0945 (JSR) (JW)**

       -against-

HASSAN KHAN,

                    Defendant.
-----------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      On May 30, 2023, the Petitioner submitted a letter to the Court reiterating their previous request for oral argument on the pending 2255 Motion. See Dkt. Nos. 59 and 60.

      **Oral argument shall be held on June 28, 2023, at 11 a.m**. in Courtroom 228, 40 Foley Square, New York, New York.

      SO ORDERED.

DATED:    New York, New York
               June 1, 2023

                                                                         JENNIFER E. WILLIS
                                                                        United States Magistrate Judge