**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
HASSAN KHAN,

                Petitioner,           **ORDER**

                                          20-CV-0945 (JSR) (JW)

    -against-

UNITED STATES OF AMERICA,

                Respondent.
-----------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

    Oral argument was heard on June 26, 2023. Dkt. No. 64. The Parties are directed to order the transcript and provide a copy to the Court.

    SO ORDERED.

DATED:    New York, New York
                July 12, 2023

                                                _____
                                                JENNIFER E. WILLIS
                                                United States Magistrate Judge